G. W. Cramer, appellee, v. William D. Murdock, appellant.  Gen. No. 33,445.

Opinion filed November 6, 1929.  Rehearing denied November 22, 1929.
John H. Hill, for appellant.  Winston, Strawn & Shaw, for appellee; John C. Slade and Thomas A. Reynolds, of counsel.
Mr. Justice Holdom delivered the opinion of the court.

Rae Keim, petitioner and administratrix of the estate of Joseph Keim, deceased, appellant, v. J. D. Williams et al., appellees.  Gen. No. 33,482.

Opinion filed November 6, 1929.
B. M. Shaffner, for appellant.  Moses, Kennedy, Stein & Bachrach, for appellees; Seymour A. Greenblatt, of counsel.
Mr. Justice Holdom delivered the opinion of the court.

Peter Peerbolte Company, Inc., defendant in error, v. Walter S. Schell, Inc., plaintiff in error.  Gen. No. 33,254.

Opinion filed November 6, 1929.
McKinney, Lynde & Grear, for plaintiff in error; Hayes McKinney and William Edward Dever, of counsel.  Cloyes & Klingler, for defendant in error.
Mr. Justice Ryner delivered the opinion of the court.

Mignon Compart, by Florence Compart, her mother and next friend, plaintiff-appellee, v. F. E. Tarrant, defendant-appellant.  Gen. No. 33,308.

Opinion filed November 6, 1929.
Francis F. Moran, for appellant; Thomas J. Young, of counsel.  Rubenstein & Rubenstein, for appellee; Clyde C. Fisher, of counsel.
Mr. Justice Ryner delivered the opinion of the court.